UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br>　　　　　Plaintiff,<br>　　v.<br>GREGORY D. LEWIS, et al.,<br>　　　　　Defendants. | Case No.  12-cv-05983-JST (PR)<br><br>**ORDER OF SERVICE ON DEFENDANTS LEWIS AND MCGUYER**<br>Re: Dkt. No. 19 |

Plaintiff, a state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Summonses were issued to defendants on July 31, 2013. (Doc. No. 16.) The Litigation Coordinator at Pelican Bay State Prison ("PBSP") returned unexecuted summonses for defendants Warden Gregory D. Lewis and Associate Warden K. McGuyer indicating that they have retired, and that PBSP has no further information. (Doc. Nos. 17, 18.) Plaintiff states that he does not have additional location information for these defendants and requests that the Court obtain their service information through the California Department of Corrections and Rehabilitation ("CDCR"). (Doc. No. 19.) Pelican Bay State Prison has since informed the Court that it now has authority to accept service on behalf of Warden Gregory D. Lewis and Associate Warden K. McGuyer.

Accordingly, the Clerk shall re-issue summons and the United States Marshal shall, without prepayment of fees, serve said summons, along with a copy of the Amended Complaint (Docket No. 13), a copy of the Court's July 30, 2013 Order of Service (Docket No. 15), and a copy of this order, upon defendantsWarden Gregory D. Lewis and Associate Warden K. McGuyer at Pelican Bay State Prison.

/ / /

1   This order terminates Docket No. 19.

2   **IT IS SO ORDERED.**

3   Dated:  September 19, 2013



_____
JON S. TIGAR
United States District Judge