UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. MANZANILLO,

      Plaintiff,

    v.

GREGORY D. LEWIS, et al.,

      Defendants.

Case No.  12-cv-05983-JST (PR)

**ORDER REGARDING FULFILLMENT OF FILING FEE**

Re: Dkt. No. 44

Pursuant to plaintiff's request, the Clerk of the Court shall send to the Pelican Bay State Prison ("PBSP") trust office a copy of this order and a copy of docket number 22, plaintiff's Payment Record Card indicating that his filing fee has been paid in full.  The PBSP trust office shall not take any additional funds from plaintiff's trust account to pay the filing fee for this case.

The Court shall remit to plaintiff's PBSP trust account any funds it received in excess of the $350 filing fee.  A copy of this order also shall be sent to the Court's finance department.

This order terminates Docket No. 44.

**IT IS SO ORDERED.**

Dated:  November 19, 2013

_____
JON S. TIGAR
United States District Judge