UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05983-JST (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 55 |

　　　Pursuant to the parties' stipulation, the deadline for defendants to file a dispositive motion is CONTINUED to **March 3, 2014**. Plaintiff shall file any opposition to defendants' motion no later than **May 5, 2014**. Defendants shall file a reply no later than **June 6, 2014**.

　　　This order terminates Docket No. 55.

　　　**IT IS SO ORDERED.**

Dated: January 21, 2014

_____
JON S. TIGAR
United States District Judge