1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA

6
7   RAYMOND J. MANZANILLO,                    Case No.  12-cv-05983-JST   (NJV)
            Plaintiff,
8
         v.                                   **REPORT FOR PROSE PRISONER
9                                             EARLY SETTLEMENT PROCEEDING**
10  GREGORY D. LEWIS, et al.,
            Defendants.
11

12
13      A settlement conference was held on June 20, 2014 at Pelican Bay State Prison, and the
14  results of that proceeding are indicated below:
15      (1)  The following individuals, parties, and/or representatives participated in the
16           proceeding, and each possessed the requisite settlement authority:
17           (X )  Plaintiff, Pro Se
18           ( )  Warden or warden's representative
19           ( X)  Office of the California Attorney General, Michael Quinn
20           ( )  Other:
21      (2) The following individuals, parties, and/or representatives did not appear:
22      _____
23      (3)  The outcome of the proceeding was:
24           ( )  The case has been completely settled.  The parties agree that a proposed stipulated
25  order for dismissal of this case will be filed with the Court on _____.
26           ( )  The case has been partially resolved and counsel for defendants shall file a joint
27  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
28  attached remain for this Court to resolve.

1  ( X ) The parties are unable to reach an agreement at this time.  A telephonic status
2  hearing is set for July 29, 2014 at 10:00 a.m.  Defense counsel is instructed to facilitate
3  Plaintiff's telephonic appearance.  Defendant shall submit a chrono of current discovery
4  litigation  as well as Defendant's  response to any outstanding discovery propounded by
5  Plaintiff  by July 8, 2014 in both this matter as well as the matter of Manzanillo v Moulton
6  Case Number:  C 13-2174.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. MANZANILLO,

    Plaintiff,

v.

GREGORY D. LEWIS, et al.,

    Defendants.

Case No.  12-cv-05983-JST   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/25/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Manzanillo
Pelican Bay State Prison
P.O. Box 7500, Housing: C7-205
Crescent City, CA 95532

Dated: 6/25/2014

Richard W. Wieking
Clerk, United States District Court

By:
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3