UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND J. MANZANILLO, | No. 03-CV-05983 JST NJV |
| Plaintiff, | ORDER RE PENDING DISCOVERY MATTERS |
| v. | |
| GREGORY D. LEWIS, et al., | |
| Defendants. | |

On October 22, 2014, District Judge Jon S. Tigar entered an order in which he referred to the undersigned Plaintiff's discovery motions filed prior to the stay entered in this case. (Doc.128.) To avoid any confusion as to which discovery matters remain pending, Judge Tigar directed Plaintiff to file a list of "all discovery disputes for which he has filed a motion and is awaiting a ruling." *Id.* Judge Tigar also specifically referred to the undersigned Plaintiff's January 15, 2014 motion to compel, his January 21, 2014 motion to serve additional interrogatories, and his September 29, 2014 motion to compel, along with all further discovery motions filed in this action. (*Id.*)

In compliance with Judge Tigar's order, Plaintiff filed a Summary of Pending Discovery in which he listed the following pending motions: 1) Plaintiff's Motion to Compel Production of Documents filed February 24, 2014, Doc. 66; 2) Plaintiff's Motion to Compel Interrogatory Responses filed March 25, 2014, Doc. 86; and 3) Plaintiff's Motion to Compel Response to Interrogatory filed September 29, 2014, Doc. 124. (Doc. 131.) Plaintiff further listed the following renewed motion: his January 15, 2014 Motion to Overrule Objections. (Docs. 56, 133). Pursuant to Judge Tigar's instruction, the undersigned will consider this list as comprising all of the pending discovery motions before the court at the time Plaintiff filed his Summary on November 10, 2014.

1    Plaintiff's Motion to Compel Production of Documents filed February 24, 2014, (Doc. 66)
2 and his renewed Motion for Court to Overrule Objections (Docs. 56, 133) are fully briefed and will
3 be addressed by separate order.
4    Plaintiff's Motion to Compel Interrogatory Responses filed March 25, 2014 (Doc. 86) and
5 Motion to Compel Response to Interrogatory filed September 29, 2014 (Doc. 124) are not yet fully
6 briefed.  Accordingly, IT IS HEREBY ORDERED that Defendants' responses to these motions
7 SHALL be filed no later than January 9, 2014.  Plaintiff may file a reply to Defendants' responses
8 no later than January 16, 2014.
9    Finally, on November 10, 2013, Plaintiff filed a Renewed Motion for Leave to Serve
10 Additional Interrogatories (Doc. 132) and a Motion for Sanctions (Doc. 134.)  Defendants filed their
11 response to these motions on December 8, 2014 (Doc. 136) and they are pending before the court.
12    IT IS SO ORDERED.

Dated: December 29, 2014

NANDOR J. VADAS
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND J. MANZANILLO, | No.1:12-CV- 5983 JST NJV |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GREGORY D. LEWIS, et al, | |
| Defendants. / | |

I, the undersigned, hereby certify that on December 29, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Raymond J. Manzanillo
#:J91574
Pelican Bay State Prison
P.O. Box 7500, Housing: A1-222 (AD-SEG)
Crescent City, CA 95532

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas