United States District Court

For the Northern District of California

1

2

3

4

5                                  UNITED STATES DISTRICT COURT

6                               NORTHERN DISTRICT OF CALIFORNIA

7                                          EUREKA DIVISION

8

9    RAYMOND J. MANZANILLO,                          No.  03-CV-05983 JST NJV

10              Plaintiff,                            ORDER SCHEDULING HEARING ON
                                                     PENDING DISCOVERY MATTERS
11        v.

12   GREGORY D. LEWIS, et al.,

13              Defendants.
     _____/

14

15        On December 29, 2014, the court issued an order identifying Plaintiff's discovery motions

16   which are now pending before the court.  (Doc. 139.)  All of these motions will be heard

17   telephonically on January 27, 2014, at 10:00 a.m.  The parties shall attend the telephonic hearing by

18   dialing 888-684-8852 and entering access code 1868782.  Defense counsel is asked to assist in

19   obtaining the telephonic presence of Plaintiff.

20        The parties are HEREBY ORDERED to meet and confer telephonically no later than one

21   week before the hearing to discuss and attempt to resolve all outstanding discovery disputes.

22        IT IS SO ORDERED.

23

24   Dated: December 31, 2014

25                                                   NANDOR J. VADAS
                                                     United States Magistrate Judge
26

27

28

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RAYMOND J. MANZANILLO,

     Plaintiff,

v.

GREGORY D. LEWIS, et al,

     Defendants.

                             /

No.1:12-CV- 5983 JST NJV

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on December 31, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Raymond J. Manzanillo
#:J91574
Pelican Bay State Prison
P.O. Box 7500, Housing: A1-222 (AD-SEG)
Crescent City, CA 95532

Litigation Coordinator

Pelican Bay State Prison

P.O. Box 7000

Crescent City, CA 95531-7000

                        /s/  *Linn Van Meter*
                        Linn Van Meter
             Administrative Law Clerk to the
              Honorable Nandor J. Vadas