UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY D. LEWIS, et al,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-05983 JST (NJV)<br><br>ORDER RESETTING HEARING ON DISCOVERY MATTERS |

This case is presently set for a telephonic hearing on February 10, 2015, on Plaintiff's pending discovery motions. Pursuant to the request of the parties, the hearing is HEREBY CONTINUED to March 3, 2015, at 10:00 a.m. The parties shall attend the hearing by dialing 888-684-8852 and entering access code 1868782.

Defendants shall contact Plaintiff prior to the hearing to continue to discuss the pending discovery matters and work towards a resolution.

IT IS SO ORDERED.

Dated: January 30, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND J. MANZANILLO, | No. 3:12-CV-05983 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| GREGORY D. LEWIS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 30, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Raymond J. Manzanillo
#J91574
California State Prison, Corcoran
P.O. Box 8800
Corcoran, CA  93212-8309

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas