UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. MANZANILLO,

    Plaintiff,

    v.

GREGORY D. LEWIS, et al.,

    Defendants.

Case No. 12-cv-05983-JST (PR)

**ORDER APPOINTING COUNSEL**

The Court having determined that exceptional circumstances warranting the appointment of counsel for plaintiff in this matter exist, and volunteer counsel willing to be appointed having been located,

IT IS HEREBY ORDERED THAT: **Ari M. Hersher** and **Jason M. Allen** of **Seyfarth Shaw LLP**, 560 Mission Street, Suite 3100, San Francisco, CA 94105-2930 are appointed as counsel, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project Guidelines. The scope of this referral shall be for all purposes for the duration of the case. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

All further proceedings are STAYED for four weeks from the date of this order. A trial date has not yet been set in this action. The Clerk is directed to add plaintiff's appointed counsel to the docket and serve a copy of this order upon plaintiff and upon counsel for both parties. The Clerk is further directed to send a copy of this order to the Federal Pro Bono Project.

**IT IS SO ORDERED.**

Dated: May 20, 2015

    JON S. TIGAR
    United States District Judge