1 | SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
2 | Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
3 | Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
4 | Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

5 | Attorneys for Plaintiff
RAYMOND J. MANZANILLO

6 | MCNAMARA LAW FIRM
7 | Peter Jon Hirsig; Peter.hirsig@mcnamaralaw.com
William Lee McCaslin; William.McCaslin@McNamaraLaw.com
8 | 639 Kentucky Street, First Floor, Fairfield, CA  94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

9 |
Attorneys for Defendant
10 | N. BROWN

11 | Michael James Quinn; Michael.Quinn@doj.ca.gov
California State Attorney General's Office
12 | Correctional Law Section
455 Golden Gate Avenue, Suite 11000,
13 | San Francisco, CA  94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843
14 |
Attorneys for Defendants
15 | GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER;
MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY THIS ACTION FOR A PERIOD OF FOUR WEEKS AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 8, 2015** |

Pursuant to Civil Local Rule 6-2, Plaintiff Raymond J. Manzanillo and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood (collectively "the Parties") by and through their respective counsel hereby stipulate and request that the Court (1) stay this action for a period of four weeks from the date of the Court's Order granting this request; (2) continue the case management conference currently scheduled for July 8, 2015, to a date convenient for the Court that follows the end of the stay; and (3) continue the current July 1, 2015, deadline for the Parties to file case management statements.

Plaintiff's counsel is currently working with personnel at Corcoran State Prison to gain access to Mr. Manzanillo.  That process has taken longer than expected, and Plaintiff's counsel has not yet been able to meet or speak with Mr. Manzanillo; nor has counsel yet been able to secure copies of documents produced to Mr. Manzanillo in discovery thus far.  The proposed stay will require the Court to reschedule the July 8 case management conference and extend the deadline for the Parties to file a case management statement, but it should not otherwise have a significant effect on the schedule for this case. Moreover, the requested stay will preserve both the Parties' and the Court's resources, as it will allow Plaintiff's counsel the opportunity to confer with Mr. Manzanillo and review the materials already produced by Defendants before participating in a case management conference or any additional litigation practice.

**IT IS SO STIPULATED.**

DATED: June 24, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Michael A. Wahlander
   Francis J. Ortman III
   Aryeh M. Hersher
   Jason M. Allen
   Michael A. Wahlander

Attorneys for Plaintiff
RAYMOND J. MANZANILLO


DATED: June 24, 2015                         Respectfully submitted,

                                             MCNAMARA LAW FIRM


                                             By: /s/ William Lee McCaslin
                                                 Peter Jon Hirsig
                                                 William Lee McCaslin

                                             Attorneys for Defendant
                                             N. BROWN


DATED: June 24, 2015                         Respectfully submitted,

                                             CALIFORNIA STATE ATTORNEY
                                             GENERAL'S OFFICE


                                             By: /s/ Michael James Quinn
                                                 Michael James Quinn

                                             Attorneys for Defendants
                                             GREGORY D. LEWIS; J. HALLOCK;
                                             K. MCGUYER; MATTHEW CATE AND
                                             T.A. WOOD


**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 24th day of June, 2015, in San Francisco, CA.


                                             /s/ Michael A. Wahlander
                                             Michael A. Wahlander

**[PROPOSED] ORDER**

Based on the Parties' stipulation and good cause appearing, the Court orders as follows:

1. All further proceedings are STAYED for four weeks from the date of this order.

2. The Case Management Conference currently scheduled for July 8, 2015, is hereby rescheduled to August 19, and the deadline for the Parties' to file Case Management Statements, currently July 1, 2015, will be rescheduled to August 7, 2015.

DATED:  June 26, 2015

_____
HONORABLE JON S. TIGAR
United States District Judge