SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976);
William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA 94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA 94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER;
MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY D. LEWIS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY THIS ACTION FOR A PERIOD OF FOUR WEEKS AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 19, 2015** |

Pursuant to Civil Local Rule 6-2, Plaintiff Raymond J. Manzanillo and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood (collectively "the Parties") by and through their respective counsel hereby stipulate and request that the Court (1) stay this action for a period of four weeks from the date of the Court's Order granting this request; (2) continue the case management conference currently scheduled for August 19, 2015, to a date convenient for the Court that follows the end of the stay; and (3) continue the current August 7, 2015, deadline for the Parties to file case management statement.

Plaintiff's counsel only recently gained access to visit Mr. Manzanillo in Corcoran State Prison and to documents in Mr. Manzanillo's possession.  Plaintiff's counsel is currently working with counsel for the Defendants to ensure that Plaintiff's counsel has access to all documents exchanged by the Parties in discovery thus far.  The proposed stay will require the Court to reschedule the August 19 case management conference and extend the deadline for the Parties to file a case management statement, but it should not otherwise have a significant effect on the schedule for this case.  Moreover, the requested stay will preserve both the Parties' and the Court's resources, as it will allow Plaintiff's counsel the opportunity to secure and review the materials already produced by Defendants before participating in a case management conference or any additional litigation practice.

**IT IS SO STIPULATED.**

DATED: August 5, 2015                              Respectfully submitted,

                                                   SEYFARTH SHAW LLP


                                                   By: /s/ Michael A. Wahlander
                                                        Francis J. Ortman III
                                                        Aryeh M. Hersher
                                                        Jason M. Allen
                                                        Michael A. Wahlander

                                                   Attorneys for Plaintiff
                                                   RAYMOND J. MANZANILLO

| | |
|---|---|
| DATED: August 5, 2015 | Respectfully submitted, |
| | MCNAMARA LAW FIRM |
| | By: /s/ William Lee McCaslin |
| |     Peter Jon Hirsig |
| |     William Lee McCaslin |
| | Attorneys for Defendant |
| | N. BROWN |

| | |
|---|---|
| DATED: August 5, 2015 | Respectfully submitted, |
| | CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE |
| | By: /s/ Michael James Quinn |
| |     Michael James Quinn |
| | Attorneys for Defendants |
| | GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND T.A. WOOD |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 5th day of August 2015, in San Francisco, CA.

/s/ Michael A. Wahlander
Michael A. Wahlander

**[PROPOSED] ORDER**

Based on the Parties' stipulation and good cause appearing, the Court orders as follows:

1. All further proceedings are STAYED for four weeks from the date of this order.

2. The Case Management Conference currently scheduled for August 19, 2015, and the deadline for the Parties' to file Case Management Statements, currently August 7, 2015, will be rescheduled to dates following the end of the stay.

DATED: August 6, 2015



HON.
United

3

STIPULATION AND [PROPOSED] ORDER / CASE NO. 3:12-CV-05983-JST

20559564v.1