United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. MANZANILLO,

    Plaintiff,

v.

GREGORY D. LEWIS, et al.,

    Defendants.

Case No. 12-cv-05983-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to add parties or amend the pleadings | August 24, 2015[1] |
| Fact discovery cut-off | March 4, 2016 |
| Expert disclosures | March 25, 2016 |
| Expert rebuttal | April 8, 2016 |
| Expert discovery cut-off | April 29, 2016 |
| Deadline to file dispositive motions | June 17, 2016 |
| Pretrial conference statement due | September 13, 2016 |

---

[1] This deadline having already passed, any amendment to the pleadings will require a showing of good cause.

| Event | Deadline |
|---|---|
| Pretrial conference | September 23, 2016 at 2:00 p.m. |
| Trial | October 17, 2016 at 8:30 a.m. |
| Estimate of trial length (in days) | Six |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

A further case management conference is scheduled for January 20, 2016 at 2:00PM. The parties shall file an updated case management statement by January 6, 2016.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: September 23, 2015

_____
JON S. TIGAR
United States District Judge