| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Francis J. Ortman III (SBN 213202); fortman@seyfarth.com |
| 2 | Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com |
| | Jason M. Allen (SBN 284432); jmallen@seyfarth.com |
| 3 | Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com |
| | 560 Mission Street, 31st Floor, San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823 / Facsimile: (415) 397-8549 |

**SEYFARTH SHAW LLP**
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

**MCNAMARA LAW FIRM**
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976); William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA  94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA  94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO, | Case No. 3:12-cv-05983-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | |
| GREGORY D. LEWIS, et al., | |
| Defendants. | |

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively "the Parties") by and through their counsel hereby stipulate as follows:

1. The Parties anticipate that there will be a number of non-expert depositions in this matter.

2. To ensure that the Parties are able to complete all of the depositions and accommodate the schedules of the Parties and the witnesses, the Parties have agreed to extend all discovery deadlines by thirty (30) days (or the next court day assuming the new date falls on a weekend or holiday).

3. This stipulation will not impact the deadline to file dispositive motions; the deadline to file pretrial conference statements; the pretrial conference date; or the trial date.

4. Accordingly, the Parties stipulate that the amended case schedule shall be as follows:

   a. Fact Discovery Cut-Off:               April 4, 2016
   b. Expert Disclosures:                   April 25, 2016
   c. Expert Rebuttal:                      May 9, 2016
   d. Expert Discovery Cut-Off:             May 30, 2016
   e. Deadline to File Dispositive Motions: June 17, 2016
   f. Pretrial Conference Statement Due:    September 13, 2016
   g. Pretrial Conference:                  September 23, 2016 at 2:00 p.m.
   h. Trial (estimated length six days)     October 17, 2016 at 8:30 a.m.

IT IS SO STIPULATED.

DATED: December 16, 2015                    Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By: /s/ Michael A. Wahlander
                                                Francis J. Ortman III
                                                Aryeh M. Hersher
                                                Jason M. Allen
                                                Michael A. Wahlander

                                            Attorneys for Plaintiff
                                            RAYMOND J. MANZANILLO

1

| | |
|---|---|
| DATED: December 16, 2015 | Respectfully submitted,<br><br>MCNAMARA LAW FIRM<br><br>By: /s/ William Lee McCaslin<br>    Peter Jon Hirsig<br>    William Lee McCaslin<br><br>Attorneys for Defendant<br>N. BROWN |
| DATED: December 16, 2015 | Respectfully submitted,<br><br>CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE<br><br>By: /s/ Michael James Quinn<br>    Michael James Quinn<br><br>Attorneys for Defendants<br>GREGORY D. LEWIS; J. HALLOCK;<br>K. MCGUYER; MATTHEW CATE AND<br>T.A. WOOD |

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 16th day of December 2015, in San Francisco, CA.

/s/ Michael A. Wahlander
Michael A. Wahlander

2

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation and good cause appearing, the Scheduling Order [ECF No. 168] is amended to reflect the dates set forth in the Parties' stipulation.

IT IS SO ORDERED.

Dated: December 16, 2015



THE HONORABLE JON S. TIGAR
United States District Judge

3