SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976);
William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA  94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA  94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER;
MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>GREGORY D. LEWIS, et al.,<br><br>            Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively "the Parties") by and through their counsel hereby stipulate as follows:

1. A Further Case Management Conference ("CMC") is currently scheduled for January 20, 2016.

2. The Parties request that the Court continue the CMC for approximately 30 days or to another date convenient to the Court in order to allow the Parties to complete some of the discovery discussed at the previous CMC. The Parties are currently working to schedule deposition dates and Defendants have responses to Plaintiff's written discovery requests pending.

**IT IS SO STIPULATED.**

DATED: January 6, 2016         Respectfully submitted,

                               SEYFARTH SHAW LLP


                               By: /s/ Michael A. Wahlander
                                   Francis J. Ortman III
                                   Aryeh M. Hersher
                                   Jason M. Allen
                                   Michael A. Wahlander

                               Attorneys for Plaintiff
                               RAYMOND J. MANZANILLO

DATED: January 6, 2016         Respectfully submitted,

                               MCNAMARA LAW FIRM


                               By: /s/ William Lee McCaslin
                                   Peter Jon Hirsig
                                   William Lee McCaslin

                               Attorneys for Defendant
                               N. BROWN

| | | |
|---|---|---|
| 1 | DATED:  January 6, 2016 | Respectfully submitted, |
| 2 | | CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE |

By:  /s/ Michael James Quinn
     Michael James Quinn

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK;
K. MCGUYER; MATTHEW CATE AND
T.A. WOOD

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 6th day of January, 2016, in San Francisco, California.

         /s/ Michael A. Wahlander
         MICHAEL A. WAHLANDER

1 **[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and good cause appearing the Court orders as follows:

1. The Current Case Management Conference scheduled for January 20, 2016 is continued to: March 2, 2016 at 2:00 p.m.

2. The Parties shall submit a updated Joint Case Management Statement by: February 24, 2016.

**IT IS SO ORDERED.**

Dated:  January 7, 2016



_____
THE H[ONORABLE]
United S[tates]
Judge Jon S. Tigar