UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAYMOND J. MANZANILLO, | |
|---|---|
| Plaintiff, | Case No. 12-cv-05983-JST |
| v. | **SCHEDULING ORDER** |
| GREGORY D. LEWIS, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | October 2, 2015 |
| Fact discovery cut-off | June 3, 2016 |
| Expert disclosures | June 24, 2016 |
| Expert rebuttal | July 15, 2016 |
| Expert discovery cut-off | July 29, 2016 |
| Deadline to file dispositive motions | August 19, 2016 |
| Pretrial conference statement due | November 1, 2016 |
| Pretrial conference | November 10, 2016 at 2:00 p.m. |
| Trial | December 5, 2016 at 8:30 a.m. |

1  Counsel may not modify these dates without leave of court. The parties shall comply with
2  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3  The parties must take all necessary steps to conduct discovery, compel discovery, hire
4  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5  manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their
6  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7  Trial dates set by this Court should be regarded as firm. Requests for continuance are
8  disfavored. The Court will not consider any event subsequently scheduled by a party, party-
9  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10 a continuance. The Court will not consider the pendency of settlement discussions as good cause
11 to grant a continuance.

12 IT IS SO ORDERED.

13 Dated: March 4, 2016

                                                    _____
                                                           JON S. TIGAR
                                                    United States District Judge