SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976); William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA 94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA 94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND
T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY D. LEWIS, et al.,<br><br>        Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively the "Parties") by and through their counsel hereby stipulate and jointly request the Court to modify the Scheduling Order issued on March 4, 2016 (Dkt. No. 178), by extending all deadlines by approximately sixty (60) days.

The Parties cannot complete the depositions necessary in this case before the current June 3, 2016 cut-off for fact discovery.  The Parties have made significant progress regarding written discovery and the production of documents.  Additionally, Plaintiff is scheduled to depose three Defendants this month.  However, the Parties have been unable to schedule additional necessary depositions as a result of Plaintiff's counsel's schedules, unexpected delays regarding Defendants' availability for depositions, and logistical challenges stemming from certain Defendants' and witnesses' moving out of state or being transferred to different correctional facilities.  Similarly, the Parties are working to schedule Plaintiff's deposition but have encountered logistical delays due to Plaintiff's recent transfer from the facility at Corcoran to Kern Valley State Prison.

To ensure that the Parties are able to complete all of the depositions and accommodate the schedules of the Parties and the witnesses, the Parties stipulate and jointly request the Court to extend all deadlines, including the trial date, by approximately sixty (60) days (or the next court day assuming the new date falls on a weekend or holiday).  Accordingly, the Parties propose the following schedule:

| Event | Date |
| --- | --- |
| Fact discovery cut-off | August 5, 2016 |
| Expert disclosures | August 26, 2016 |
| Expert rebuttal | September 16, 2016 |
| Expert discovery cut-off | September 30, 2016 |
| Deadline to file dispositive motions | October 21, 2016 |
| Pretrial conference statement due | January 10, 2017 |
| Pretrial conference | January 19, 2017, at 2:00 p.m. |
| Trial | February 6, 2017, at 8:30 a.m. |

1       **IT IS SO STIPULATED.**

2      DATED: May 11, 2016                    Respectfully submitted,

3                                              SEYFARTH SHAW LLP

4

5                                              By: /s/ Jason M. Allen

6                                                    Francis J. Ortman III

7                                                    Aryeh M. Hersher
                                                   Jason M. Allen
                                                   Michael A. Wahlander

8                                              Attorneys for Plaintiff

9                                              RAYMOND J. MANZANILLO

10     DATED: May 11, 2016                    Respectfully submitted,

11                                              MCNAMARA LAW FIRM

12

13                                              By:  /s/ William Lee McCaslin

14                                                    Peter Jon Hirsig
                                                   William Lee McCaslin

15                                              Attorneys for Defendant

16                                              N. BROWN

17     DATED: May 11, 2016                    Respectfully submitted,

18                                              CALIFORNIA STATE ATTORNEY
                                             GENERAL'S OFFICE

19

20                                              By:  /s/ Michael James Quinn

21                                                    Michael James Quinn

22                                              Attorneys for Defendants
                                             GREGORY D. LEWIS; J. HALLOCK;

23                                              K. MCGUYER; MATTHEW CATE AND
                                             T.A. WOOD

24

25

26

27

28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Jason M. Allen, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 11th day of May 2016, in San Francisco, CA.

/s/      Jason M. Allen

Jason M. Allen

3

1

**[PROPOSED] ORDER**

2          Pursuant to the Parties' stipulation and good cause appearing, the Scheduling Order [ECF No.

3  178] is amended to reflect the dates set forth in the Parties' stipulation.

4          IT IS SO ORDERED.

5

6  Dated: May 18, 2016



7                                                    THE HONORABLE JON S. TIGAR
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER / CASE NO. 3:12-CV-05983-JST
26967866v.2