SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
James E. Barolo (SBN 301267); jbarolo@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976); William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA  94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA  94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO, | Case No. 3:12-cv-05983-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DEPOSE PRISONER GEORGE BLAKELEY** |
| v. | |
| GREGORY D. LEWIS, et al., | |
| Defendants. | |

1 | Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively the "Parties") by and through their counsel hereby stipulate and jointly request the Court order Prisoner George Blakeley to be deposed pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

On August 8, 2011 George Blakeley attacked Plaintiff in the SHU of the Pelican Bay State Prison. The incident between George Blakeley and Plaintiff on August 8, 2011 forms the crux of Plaintiff's claims in this case. It is therefore necessary that Plaintiff have the opportunity to depose George Blakeley. The Parties have agreed that the deposition will take place at Folsom State Prison on Monday, July 11, 2016 commencing at 10:00 AM. Attached as Exhibit A is a copy of the draft subpoena and notice of deposition for Mr. Blakeley.

Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of court for any deponent who is confined in prison. As such, the parties respectfully request the Court to grant Plaintiff leave to depose George Blakeley. A draft deposition subpoena is attached herein.

**IT IS SO STIPULATED.**

DATED: June 27, 2016                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: /s/ James E. Barolo
                                            Francis J. Ortman III
                                            Aryeh M. Hersher
                                            Jason M. Allen
                                            Michael A. Wahlander
                                            James E. Barolo

                                        Attorneys for Plaintiff
                                        RAYMOND J. MANZANILLO

| | | |
|---|---|---|
| 1 | DATED: June 27, 2016 | Respectfully submitted, |
| 2 | | MCNAMARA LAW FIRM |

By:  /s/ William Lee McCaslin
      Peter Jon Hirsig
      William Lee McCaslin

Attorneys for Defendant
N. BROWN

DATED: June 27, 2016                    Respectfully submitted,

CALIFORNIA STATE ATTORNEY
GENERAL'S OFFICE

By:  /s/ Michael James Quinn
      Michael James Quinn

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK;
K. MCGUYER; MATTHEW CATE AND
T.A. WOOD

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, James E. Barolo, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 27th day of June 2016, in San Francisco, CA.

/s/ James E. Barolo

James E. Barolo

1  **[PROPOSED] ORDER**

2  Pursuant to the Parties' stipulation and good cause appearing,

3  IT IS SO ORDERED.

5  Dated: June 28, 2016



THE HONORABLE _____
United States District Judge

3