UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05983-JST<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO EXTEND DISCOVERY DEADLINES**<br><br>Re: ECF No. 196 |

　　　　The Court denies without prejudice the parties' stipulated request to extend discovery deadlines. ECF No. 196. Ordinarily, the Court does not enlarge discovery deadlines on a completely open-ended basis. The Court would, however, consider a renewed stipulation to extend the discovery deadlines discussed in ECF No. 196 to a specific date after the current August 5, 2016 deadline.

　　　　IT IS SO ORDERED.

Dated: July 27, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge