1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
2  Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
   Jason M. Allen (SBN 284432); jmallen@seyfarth.com
3  Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
   560 Mission Street, 31st Floor, San Francisco, California 94105
4  Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

5  Attorneys for Plaintiff
   RAYMOND J. MANZANILLO
6
   MCNAMARA LAW FIRM
7  Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
   William Lee McCaslin (SBN 249976); William.McCaslin@McNamaraLaw.com
8  639 Kentucky Street, First Floor, Fairfield, CA  94533
   Telephone: (707) 427-3998 / Facsimile: (707) 427-0268
9
   Attorneys for Defendant
10 N. BROWN

11 KAMALA D. HARRIS
   Attorney General of California
12 MARISA Y. KIRSCHENBAUER
   Supervising Deputy Attorney General
13 Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
   California State Attorney General's Office
14 455 Golden Gate Avenue, Suite 11000,
   San Francisco, CA  94102-7004
15 Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

16 Attorneys for Defendants
   GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND
17 T.A. WOOD

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 RAYMOND J. MANZANILLO,                    Case No. 3:12-cv-05983-JST

23            Plaintiff,                     **STIPULATION TO MODIFY SCHEDULING ORDER**

24     v.

25 GREGORY D. LEWIS, et al.,

26            Defendants.

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES AND TRIAL DATE /
CASE NO. 3:12-CV-05983-JST

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively the "Parties") by and through their counsel hereby stipulate and jointly request the Court to extend certain deadlines in the Scheduling Order issued on May 18, 2016 (Dkt. No. 190).

As noted in the Parties' previous request for leave to take certain depositions after the current fact discovery cut-off (Dkt. No. 196), the Parties intend to conduct a site visit of facilities at Pelican Bay State Prison and to depose Defendant Kurt McGuyer, Correctional Lieutenant John Diggle, Correctional Sergeant B. Grenert, and a representative of the California Department of Corrections and Rehabilitation ("CDCR") under Federal Rule of Civil Procedure 30(b)(6). Due to the Parties' schedules and the availability of the intended deponents, the Parties cannot complete those depositions or the site visit before the current fact discovery cut-off of August 5, 2016. Accordingly, the Parties request that the Court extend the fact discovery cut-off by approximately thirty (30) days, to September 2, 2016.

Additionally, because the information obtained through those depositions and the site visit will likely be relevant for experts analyzing issues in this case, the Parties request that the Court extend the deadlines for expert disclosures, rebuttal disclosures, and expert discovery by approximately fourteen (14) days, to September 9, 30, and October 14, respectively.

Accordingly, the Parties propose the following schedule:

| Event | Date |
| --- | --- |
| Fact discovery cut-off | September 3, 2016 |
| Expert disclosures | September 9, 2016 |
| Expert rebuttal | September 30, 2016 |
| Expert discovery cut-off | October 14, 2016 |
| Deadline to file dispositive motions | October 21, 2016 |
| Pretrial conference statement due | January 10, 2017 |
| Pretrial conference | January 19, 2017, at 2:00 p.m. |
| Trial | February 6, 2017, at 8:30 a.m. |

**IT IS SO STIPULATED.**

DATED: August 1, 2016                              Respectfully submitted,

                                                   SEYFARTH SHAW LLP


                                                   By: /s/ Michael A. Wahlander
                                                        Francis J. Ortman III
                                                        Aryeh M. Hersher
                                                        Jason M. Allen
                                                        Michael A. Wahlander

                                                   Attorneys for Plaintiff
                                                   RAYMOND J. MANZANILLO

DATED: August 1, 2016                              Respectfully submitted,

                                                   MCNAMARA LAW FIRM


                                                   By: /s/ William Lee McCaslin
                                                        Peter Jon Hirsig
                                                        William Lee McCaslin

                                                   Attorneys for Defendant
                                                   N. BROWN

DATED: August 1, 2016                              Respectfully submitted,

                                                   CALIFORNIA STATE ATTORNEY
                                                   GENERAL'S OFFICE


                                                   By: /s/ Michael James Quinn
                                                        Michael James Quinn

                                                   Attorneys for Defendants
                                                   GREGORY D. LEWIS; J. HALLOCK;
                                                   K. MCGUYER; MATTHEW CATE AND
                                                   T.A. WOOD

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 1st day of August 2016, in San Francisco, CA.

/s/     Michael A. Wahlander
         Michael A. Wahlander

1 **[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Scheduling Order [ECF No. 178] is amended to reflect the dates set forth in the Parties' stipulation.

IT IS SO ORDERED.

Dated: ___August 1, 2016___



THE HONORABLE AR
 United e

IT IS SO ORDERED

Judge Jon S. Tigar

4