1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
2  Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
   Jason M. Allen (SBN 284432); jmallen@seyfarth.com
3  Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
   560 Mission Street, 31st Floor, San Francisco, California 94105
4  Telephone: (415) 397-2823 / Facsimile: (415) 397-8549
   Attorneys for Plaintiff
5  RAYMOND J. MANZANILLO

6  MCNAMARA LAW FIRM
   Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
7  William Lee McCaslin (SBN 249976); William.McCaslin@McNamaraLaw.com
   639 Kentucky Street, First Floor, Fairfield, CA  94533
8  Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

9  Attorneys for Defendant
   N. BROWN
10
   KAMALA D. HARRIS
11 Attorney General of California
   MARISA Y. KIRSCHENBAUER
12 Supervising Deputy Attorney General
   Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
13 California State Attorney General's Office
   455 Golden Gate Avenue, Suite 11000,
14 San Francisco, CA  94102-7004
   Telephone: (415) 703-5726 / Facsimile: (415) 703-5843
15
   Attorneys for Defendants
16 GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE
   AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>       Plaintiff,<br><br>  v.<br><br>GREGORY D. LEWIS, et al.,<br><br>       Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING EXPERT<br>DISCLOSURE DEADLINES** |

1    Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J.
2 Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively the "Parties") by and
3 through their counsel hereby stipulate and jointly request the Court to modify certain deadlines in the
4 Scheduling Order issued on May 18, 2016 (Dkt. No. 199).

5    The current expert disclosure deadline is September 9, 2016.  Plaintiff retained a psychiatric
6 expert to provide testimony about his emotional distress damages resulting from the incident described
7 in the First Amended Complaint.  To provide that testimony, the expert must perform an evaluation of
8 Plaintiff, which is expected to last about eight hours.  Plaintiff is currently incarcerated in Kern Valley
9 State Prison in Delano, California.  Last week, the Litigation Coordinator for that prison informed
10 Plaintiff's counsel that they did not have a room available for such an evaluation until September 19,
11 2016.  As a result, given the current expert disclosure schedule, Plaintiff's expert cannot evaluate
12 Plaintiff in time to draft a report to comply those deadlines.

13    The Parties agree that the upcoming summary judgment motions will not involve issues
14 regarding Plaintiff's emotional distress damages, but may involve expert testimony regarding liability
15 issues.  Plaintiff has retained an correctional practices expert that may provide testimony during the
16 summary judgment briefing.  Plaintiff will be able to make a proper disclosure of this expert, along with
17 the corresponding report, in compliance with the current disclosure schedule.

18    To conserve resources and to allow Plaintiff's psychiatric expert sufficient time to perform a
19 proper examination of Plaintiff, the Parties stipulate to defer disclosure of damages experts until after the
20 Court decides any dispositive motions, such as motions for summary judgment.  Modifying the schedule
21 in this manner will allow the Parties to avoid any unnecessary expenditure of resources.  The Parties also
22 stipulate to keep the current disclosure schedule for liability experts so that the Parties will have the
23 opportunity to have that information, take appropriate depositions, and make appropriate rebuttal
24 disclosures (if needed) prior to any summary judgment motions are filed.  Accordingly, the Parties
25 request that damages expert disclosures be done on the following schedule:  Disclosures due by
26 December 1, 2016, Rebuttal Disclosures due by December 15, 2016, and Expert Discovery Cut-off on
27 December 30, 2016.
28 //

The Parties proposed the following modified schedule:

| Event | Date |
|---|---|
| Fact discovery cut-off | September 3, 2016 |
| Liability Expert disclosures | September 9, 2016 |
| Liability Expert rebuttal | September 30, 2016 |
| Liability Expert discovery cut-off | October 14, 2016 |
| Deadline to file dispositive motions | October 21, 2016 |
| Damages Expert disclosures | December 1, 2016 |
| Damages Expert rebuttal | December 15, 2016 |
| Damages Expert discovery cut-off | December 30, 2016 |
| Pretrial conference statement due | January 10, 2017 |
| Pretrial conference | January 19, 2017, at 2:00 p.m. |
| Trial | February 6, 2017, at 8:30 a.m. |

**IT IS SO STIPULATED.**

DATED: August 31, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Michael A. Wahlander
    Francis J. Ortman III
    Aryeh M. Hersher
    Jason M. Allen
    Michael A. Wahlander

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

| | | |
|---|---|---|
| 1 | DATED: August 31, 2016 | Respectfully submitted, |
| 2 | | MCNAMARA LAW FIRM |
| 4 | | By: /s/ William Lee McCaslin |
| 5 | |     Peter Jon Hirsig<br>    William Lee McCaslin |
| 6 | | Attorneys for Defendant |
| 7 | | N. BROWN |
| 8 | DATED: August 31, 2016 | Respectfully submitted, |
| 9 | | CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE |
| 12 | | By: /s/ Michael James Quinn<br>    Michael James Quinn |
| 13 | | Attorneys for Defendants |
| 14 | | GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND T.A. WOOD |

4

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 31st day of August 2016, in San Francisco, CA.

/s/   Michael A. Wahlander
Michael A. Wahlander

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Scheduling Order [ECF No. 199] is modified to reflect the dates set forth in the Parties' stipulation.

**IT IS SO ORDERED.**

Dated: September 2, 2016

THE HONORABLE JON S. TIGAR
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28696048v.1