1  SEYFARTH SHAW LLP
   Francis J. Ortman III (SBN 213202)
2  fortman@seyfarth.com
   Aryeh M. Hersher (SBN 260321)
3  ahersher@seyfarth.com
   Jason M. Allen (SBN 284432)
4  jmallen@seyfarth.com
   Michael A. Wahlander (SBN 260781)
5  mwahlander@seyfarth.com
   560 Mission Street, 31st Floor
6  San Francisco, California 94105
   Telephone:    (415) 397-2823
7  Facsimile:    (415) 397-8549

8  Attorneys for Plaintiff
   RAYMOND J. MANZANILLO
9

10 Kamala D. Harris
   Attorney General of California
11 Marisa Y. Kirschenbauer
   Supervision Deputy Attorney General
12 Michael J. Quinn
   Deputy Attorney General
13 State Bar No. 209542
   455 Golden Gate Avenue, Suite 11000
14 San Francisco, California 94102-7004
   Telephone:  (415) 703-5726
15 Facsimile:  (415) 703-5843
   Michael.Quinn@doj.ca.gov
16
   Attorneys for Defendants
17 CATE, LEWIS, MCGUYER, WOOD, AND HALLOCK

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

22

23 RAYMOND J. MANZANILLO,                 Case No. 3:12-cv-05983-JST

24         Plaintiff,                     **STIPULATION TO DISMISS CERTAIN CLAIMS**

25      v.

26 GREGORY D. LEWIS, et al.,

27         Defendants.

28

1. Plaintiff Raymond J. Manzanillo ("Plaintiff") and Defendants Matthew Cate, Gregory D. Lewis, Troy Wood, Kurt McGuyer, and John Hallock ("Defendants") (collectively "the Parties") by and through their respective counsel hereby stipulate as follows.

    1. Plaintiff agrees to dismiss Defendant Cate from this action with prejudice.  Plaintiff and Defendant Cate agree to bear their own attorneys' fees and costs in connection with the claims asserted against Defendant Cate.

    2. Plaintiff agrees to dismiss with prejudice "Count Two: Retaliation" that alleges First Amendment retaliation claims against Defendants Lewis, McGuyer, and Wood.  Plaintiff and Defendants Lewis, McGuyer, and Wood agree to bear their own attorneys' fees and costs in connection with this claim.

    3. Plaintiff agrees to dismiss with prejudice "Count Three: Conspiracy" that alleges Section 1983 Conspiracy claims against Defendants Lewis, McGuyer, Wood, and Hallock.  Plaintiff and Defendants Lewis, McGuyer, Wood, and Hallock agree to bear their own attorneys' fees and costs in connection with this claim.

**IT IS SO STIPULATED.**

DATED:  October 18, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Michael A. Wahlander
   Francis J. Ortman III
   Aryeh M. Hersher
   Jason M. Allen
   Michael A. Wahlander

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

| | | |
|---|---|---|
| 1 | DATED:  October 18, 2016 | Respectfully submitted, |
| 2 | | ATTORNEY GENERAL OF CALIFORNIA |

By:  <u>/s/ Michael J. Quinn</u>
      Michael J. Quinn

Attorneys for Defendants
CATE, LEWIS, MCGUYER,
WOOD, AND HALLOCK

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatory, Michael J. Quinn, counsel for Defendants Cate, Lewis, Wood, McGuyer, and Hallock.

Executed this 18th day of October 2016 in San Francisco, CA

<u>/s/  Michael A. Wahlander</u>
Michael A. Wahlander

### ORDER

Pursuant to the Parties' stipulation and good cause appearing therefore, the Court dismisses the above-referenced claims in accordance with the Parties' stipulation.

**IT IS SO ORDERED.**

DATED: October 19, 2016

<u>/s/ Jon S. Tigar</u>
Honorable Jon S. Tigar
United States District Court Judge

35448127v.1

2
STIPULATION TO DISMISS CERTAIN CLAIMS / CASE NO. 3:12-CV-05983-JST