SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976);
William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA 94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); Michael.Quinn@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA 94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER;
MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>       Plaintiff,<br><br>    v.<br><br>GREGORY D. LEWIS, et al.,<br><br>       Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively "the Parties") by and through their counsel hereby stipulate as follows:

1. A Status Conference is currently scheduled for November 29, 2016.
2. Defendants have filed motions for summary judgment. The hearing on their respective motions is set for December 15, 2016. At the last status conference, the Court inquired about the Parties' positions with respect to ADR, which was deferred until after their motions for summary judgment had been decided.
3. Given the pending motions for summary judgment, the Parties request that the Court continue the Status Conference for approximately 30 days or to another date convenient to the Court.

**IT IS SO STIPULATED.**

DATED:  November 23, 2016                    Respectfully submitted,

                                             SEYFARTH SHAW LLP


                                             By: /s/ Michael A. Wahlander
                                                 Francis J. Ortman III
                                                 Aryeh M. Hersher
                                                 Michael A. Wahlander
                                                 Jason M. Allen

                                             Attorneys for Plaintiff
                                             RAYMOND J. MANZANILLO


DATED: November 23, 2016                     Respectfully submitted,

                                             MCNAMARA LAW FIRM


                                             By:  /s/ William Lee McCaslin
                                                  Peter Jon Hirsig
                                                  William Lee McCaslin

                                             Attorneys for Defendant
                                             N. BROWN

| | |
|---|---|
| DATED: November 23, 2016 | Respectfully submitted,<br><br>CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE<br><br>By:   /s/ Michael James Quinn<br>      Michael James Quinn<br><br>Attorneys for Defendants<br>GREGORY D. LEWIS; J. HALLOCK;<br>K. MCGUYER; MATTHEW CATE AND<br>T.A. WOOD |

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael James Quinn, counsel for Defendants.

Executed this 23rd day of November, 2016, in San Francisco, California.

                                                   /s/ Michael A. Wahlander
                                             MICHAEL A. WAHLANDER

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation and good cause appearing the Court orders as follows:

1. The Current Status Conference scheduled for November 29, 2016 is continued to: January 10, 2017 at 1:00 pm. Parties should dial 888-684-8852. Access Code 1868782.

**IT IS SO ORDERED.**

Dated: 11/29/2016

MAGISTRATE JUDGE NANDOR-J. VADAS
~~United States District Court Judge~~

UNITED STATSS MAGISTRATE JUDGE