| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Francis J. Ortman III (SBN 213202); fortman@seyfarth.com |
| 2 | Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com |
| | Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com |
| 3 | Jason M. Allen (SBN 284432); jmallen@seyfarth.com |
| | 560 Mission Street, 31st Floor, San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823 / Facsimile: (415) 397-8549 |

SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202); fortman@seyfarth.com
Aryeh M. Hersher (SBN 260321); ahersher@seyfarth.com
Michael A. Wahlander (SBN 260781); mwahlander@seyfarth.com
Jason M. Allen (SBN 284432); jmallen@seyfarth.com
560 Mission Street, 31st Floor, San Francisco, California 94105
Telephone: (415) 397-2823 / Facsimile: (415) 397-8549

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

MCNAMARA LAW FIRM
Peter Jon Hirsig (SBN 197993); Peter.hirsig@mcnamaralaw.com
William Lee McCaslin (SBN 249976);
William.McCaslin@McNamaraLaw.com
639 Kentucky Street, First Floor, Fairfield, CA 94533
Telephone: (707) 427-3998 / Facsimile: (707) 427-0268

Attorneys for Defendant
N. BROWN

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
Michael James Quinn (SBN 209542); michael.quinn@doj.ca.gov
Michael L. Huggins (SBN 305562); michael.huggins@doj.ca.gov
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000,
San Francisco, CA 94102-7004
Telephone: (415) 703-5726 / Facsimile: (415) 703-5843

Attorneys for Defendants
GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER;
MATTHEW CATE AND T.A. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DAMAGES EXPERT DISCOVERY DEADLINE** |

Plaintiff Raymond Manzanillo ("Plaintiff") and Defendants N. Brown, Gregory D. Lewis, J. Hallock, K. McGuyer, Matthew Cate, and T.A. Wood ("Defendants") (collectively "the Parties") by and through their counsel hereby stipulate as follows:

1. The current deadline to complete damages expert discovery is December 30, 2016.
2. The Parties have worked together to schedule depositions of their respective designated experts. Because of the holidays, those experts are not available for deposition until the week of January 3, 2017, which is after the current damages expert discovery deadline.
3. To allow for the completion of depositions, the Parties agree to extend the damages expert deadline until January 6, 2017. No other dates shall be changed, other than the corresponding discovery motion deadline associated with the damages expert discovery deadline in accordance with the Local Rules.

**IT IS SO STIPULATED.**

DATED:  December 21, 2016            Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ Michael A. Wahlander
    Francis J. Ortman III
    Aryeh M. Hersher
    Michael A. Wahlander
    Jason M. Allen

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

DATED: December 21, 2016            Respectfully submitted,

MCNAMARA LAW FIRM


By:  /s/ William Lee McCaslin
    Peter Jon Hirsig
    William Lee McCaslin

Attorneys for Defendant
N. BROWN

| | |
|---|---|
| DATED:  December 21, 2016 | Respectfully submitted, |
| | CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE |
| | By:  /s/ Michael L. Huggins |
| | Michael L. Huggins |
| | Attorneys for Defendants GREGORY D. LEWIS; J. HALLOCK; K. MCGUYER; MATTHEW CATE AND T.A. WOOD |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Michael A. Wahlander, attest that concurrence in the filing of this stipulation has been obtained from the signatories, William Lee McCaslin and Michael L. Huggins counsel for Defendants.

Executed this 21st day of December, 2016, in San Francisco, California.

  /s/ Michael A. Wahlander  
MICHAEL A. WAHLANDER

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and good cause appearing the Court orders as follows:

1. The Damages Expert Discovery Deadline is extended to January 6, 2017.  No other dates shall be changed, other than the corresponding discovery motion deadline associated with the damages expert discovery deadline in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: December 29, 2016

HON. JON S. TIGAR  
United States District Court Judge