UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>　　　　Plaintiff,<br>　v.<br><br>GREGORY LEWIS, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 12-CV-05983 JST (NJV)<br><br>ORDER AND WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RAYMOND J. MANZANILLO, inmate no. J91574, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 23, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:　Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RAYMOND J. MANZANILLO, inmate no. J91574, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco, at 2:00 p.m., on February 14, 2017, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of Manzanillo v. Lewis, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 23, 2017

                                 SUSAN Y. SONG
                                 CLERK, UNITED STATES DISTRICT COURT

                                 By: Linn Van Meter
                                    Administrative Law Clerk

Dated: January 23, 2017                    _____
                                 NANDOR J. VADAS
                                 United States Magistrate Judge