| | |
|---|---|
| SEYFARTH SHAW LLP<br>Francis J. Ortman III (SBN 213202)<br>fortman@seyfarth.com<br>Aryeh M. Hersher (SBN 260321)<br>ahersher@seyfarth.com<br>Jason M. Allen (SBN 284432)<br>jmallen@seyfarth.com<br>Michael A. Wahlander (SBN 260781)<br>mwahlander@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Plaintiff<br>RAYMOND J. MANZANILLO | WILLIAM MCCASLIN<br>State Bar No. 249976<br>william.mccaslin@mcnamaralaw.com<br>PETER J. HIRSIG<br>State Bar No. 197993<br>peter.hirsig@mcnamaralaw.com<br>MCNAMARA, NEY, BEATTY, SLATTERY,<br>BORGES & AMBACHER LLP<br>639 Kentucky Street, First Floor<br>Fairfield, CA 94533<br>Telephone: (707) 427-3998<br>Facsimile: (707) 427-0268<br><br>Attorneys for Defendant<br>BROWN |

XAVIER BECERRA
Attorney General of California
Marisa Y. Kirschenbauer
Supervision Deputy Attorney General
Michael J. Quinn
Deputy Attorney General
State Bar No. 209542
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-5726
Facsimile: (415) 703-5843
Michael.Quinn@doj.ca.gov

Attorneys for Defendants
LEWIS, MCGUYER, WOOD, AND HALLOCK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. MANZANILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY D. LEWIS, et al.,<br><br>    Defendants. | Case No. 3:12-cv-05983-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above |
| 2 | entitled action shall be dismissed with prejudice. All parties will bear their own attorneys' fees and |
| 3 | costs. |

DATED: July 5, 2017     Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Michael A. Wahlander
    Francis J. Ortman III
    Aryeh M. Hersher
    Michael A. Wahlander

Attorneys for Plaintiff
RAYMOND J. MANZANILLO

Dated: July 5, 2017

*s/ William McCaslin*
WILLIAM MCCASLIN
Attorneys for Defendant
BROWN

DATED: July 5, 2017     Respectfully submitted,

ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Michael J. Quinn
    Michael J. Quinn

Attorneys for Defendants
LEWIS, MCGUYER,
WOOD, AND HALLOCK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 5, 2017

_____
Honorable Jon S. Tigar
United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE CASE NO. 3:12-CV-05983-JST